# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA _____

UNITED STATES OF AMERICA

V.

KARY SCOTT HOUGHTON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: _____ 2:13-mj-0999-PAL _____

CHARGING DISTRICTS
CASE NUMBER: _____ 13CR 969 _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ Northern _____ District of _____ Illinois _____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____ n/a _____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
Federal Courthouse, N. Dist. Of Illinois, Rm#1425   on _____ 1/24/2014 @ 11:00am _____ .
*Date and Time*

_____
*Signature of Judge*

12/31/2013
*Date*

PEGGY A. LEEN, United States Magistrate Judge
*Name and Title of Judge*